United States District Court
District of Massachusetts

FILED
CLERKS OFFICE
2004 JUN 25 P 1:44
U.S. DISTRICT COURT
DISTRICT OF MASS

Attachment 1

Plaintiff:
Darlene M. Portanova
23 O'Brien Way,
Dedham, MA. 02026

Civil Action
No. _____

Defendant:
Dedham Housing Authority
163 Dedham Boulevard
Dedham, MA. 02026

1. The Defendant, Dedham Housing Authority - here after D.H.A., is a Federally Funded Housing provider, in the Town in which I reside.

2. The Director of the D.H.A., Ms. Joann Toomey, is a resident of Dedham as well.

3. Detective Robert Walsh is an officer of the Dedham Police Department. I do not know his place of residence.

4. Mr. Glen M. Portanova, Sr. is a Resident of the neighboring town of West Roxbury.

5. Glen M. Portanova, Jr., resides at 23 O'Brien Way in Dedham.

6. Justin J. Portanova is also a resident of 23 O'Brien Way in Dedham.

## Jurisdiction

This Court has jurisdiction as per the categories noted on the Civil Cover Sheet, attached.

## Facts

1) On or about May 3rd, Mr. Glen M. Portanova, Sr., showed up at the premises of Mrs. Darlene M. Portanova at 23 O'Brien. Mr. & Mrs. Portanova have been seperated since 1996.

Mrs. Portanova was not home at the time, but she noticed that Mr. Portanova's Truck was parked in the visitors spot, at the Housing Facility.

2) Mrs. Portanova has repeatedly contacted both of Mr. Portanova's Parents, & Mr. Portanova himself, in order to request that he remove his vehicle from the spot.

3) Mrs. Portanova left her husband, and has, in fact, obtained a restraining order in the past, due to her inability to "control" an adult male, who refuses to be controlled.

4) On the evening of June 4, 2004, Mr.

Portanova showed up at 23 O'Brien Way demanding that he be allowed to exercise his custodial rights to his children.

5) Mrs. Portanova allowed that he could ~~[struck through]~~ have his children when he removed his vehicle from the property and behaved like an adult.

6) Mr. Portanova left shortly, as Mrs. Portanova refused to be drawn into an argument.

7) Mr. Portanova was arrested on vacating Mrs. Portanova's home.

8) On June 24th, 2004, Mrs. Portanova was served with a notice to quit the premises at 23 O'Brien Way, due to Mr. Portanova's arrest, as per the following clause in her lease:

Section 5:
Provide that a Public Housing Tenant, any member of the Tenant's household, or a guest or other person under the tenant's control shall not engage in criminal activity, including drug-related criminal activity, on or near public housing premises, while the

Tenant is a tenant in Public Housing, and such criminal activity shall be cause for Termination of Tenancy.

9) Mrs. Portanova does not have sole physical custody of their children, nor has she obtained a divorce, due to the cost.

10) The D.H.A. has stipulated that no Hearing.

Wherefore:

1) The plaintiff petitions the Court to order a stay of execution of the order to vacate the premises in question, pending a fair Hearing

2) The plaintiff requests that the court provide Representation as her literacy is a sixth grade level, and she has been married since she was 15, and has very little knowledge of the Court or her rights.

Signed, this, the 25th of June, 2004

Darlene M Portanova
23 O'Brien Way
Dedham, MA 02026

Telephone # 781-326-1342

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.  DISTRICT COURT DEPARTMENT
DEDHAM DIVISION SUMMARY PROCESS
DOCKET NO:

DEDHAM HOUSING AUTHORITY )
) AFFIDAVIT OF THE DEDHAM
VS. ) HOUSING AUTHORITY'S EXECUTIVE
) DIRECTOR, JOANNE TOOMEY FOR
DARLENE PORTANOVA ) EXECUTION FOR POSSESSION
)

I, Joanne Toomey, hereby depose and state under oath:

1. I am the Executive Director of the Dedham Housing Authority.

2. I was informed that Defendant's ex-husband, Glen M. Portanova was charged on or about June 4, 2004, on the Dedham Housing Authority property, with "Possession Class B Substance".

3. The fact that a tenant, a tenant's household member, or person under tenant's control and on Dedham Housing Authority property was charged with a criminal complaint is a violation of the Lease. See "Exhibit A" attached hereto.

4. Therefore, because the Defendant is in breach and violation of the "One Strike You're Out" policy of the Lease, Plaintiff hereby requests that the court issue an Execution for possession.

EXECUTED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF June, 2004.

JOANNE TOOMEY
Executive Director of the
Dedham Housing Authority

*Edward C. Webby*
Attorney at Law

TEL 617-773-7007

18 RUSSELL PARK
QUINCY, MASSACHUSETTS 02169

FAX 617-472-9028

June 22, 2004

Darlene Portanova
Glen Portanova
Justin Portanova
23 O'Brien Way
Dedham, MA 02026

    RE:    EMERGENCY NOTICE TO QUIT
              PREMISES: 23 O'Brien Way, Dedham, MA

Dear Portanova Family:

    Please be advised that this office represents your landlord, the Dedham Housing Authority.

    You are hereby notified to quit and deliver immediately the premises occupied you to wit, 23 O'Brien Way, Dedham, MA., on the grounds that you have breached certain material terms and conditions of your lease dated February 1, 1997, in particular, as follows:

    Paragraph 5: "Provide that a public housing tenant, any member of the tenant's household, or a guest or other person under the tenant's control shall not engage in criminal activity, including drug-related criminal activity, on or near public housing premises, which the tenant is a tenant in public housing, and such criminal activity shall be cause for termination of tenancy."

    Paragraph 7: "As stated in Section 5 of the Lease for Public Housing Dwelling (Federally-Aided Development) 40-1: "A Public Housing Tenant, any member of the Tenant's Household, or guest or other person under the Tenant's control shall not engage in criminal activity, including drug-related criminal activity, on or near public housing premises, while the tenant is a tenant in public housing, and such criminal activity shall be cause for termination of tenancy". In addition to this section, the Dedham Housing Authority has a One Strike of "zero tolerance" policy with respect to violations of the lease terms regarding criminal activity.

    Paragraph 13: "To refrain from illegal or other activity which impairs the physical or social environment of the development".

    Paragraph 16: "To abide by the DHA's "One Strike You're Out Policy".

Page 2
June 22, 2004

In particular, there is reasonable cause to believe pursuant to the Dedham Police Department, that on or about June 4, 2004, your ex-husband, Glen M. Portanova, was arrested and charged with "Possession Class B Substance", i.e., "Drugs, Crack Cocaine" on O'Brien Way. Mr. Portanova's vehicle had been observed parked at or near your premises at 23 O'Brien Way, Dedham, for the month proceeding his arrest. Based on these and similar facts, we believe that you were in a position to control and prevent this situation from arising on or near the Dedham Housing Authority property.

Pursuant to M.G.L.A. Chapter 121 B Section 32, please find attached Affidavit of Joanne Toomey, Executive Director of the Dedham Housing Authority. You are not entitled to a pre-determination hearing.

Please be advised that any money paid to the landlord after your receipt of this Notice to Quit is accepted without waiving any right to re-acquire possession of the premises, without any intention of reinstating your tenancy or establishing a new tenancy, and is for Use and Occupancy Only. Similarly, participation by your landlord in any governmentally required "annual re-certification" or other lease addendum or modification which is called for by federal, state or local governmental policy or regulation is due by your landlord without any intention of reinstating your tenancy or establishing a new tenancy and without waiving any right to re-acquire possession of the premises. Acceptance of money or participation in any re-certification requirement is not to be considered a waiver of any rights available to the landlord under this Notice to Quit or under the provisions of the General Laws of the Commonwealth of Massachusetts.

Should you fail to heed this notice or fail to vacate the premises immediately upon your receipt of this notice hereof, immediate summary process proceedings and/or trespass charges or other remedies will be initiated against you so as to retake possession at the property at 23 O'Brien Way, Dedham, Massachusetts.

Sincerely yours,

Edward C. Webby

ECW/clc
cc: Dedham Housing Authority

YOU ARE HEREBY NOTIFIED TO PRODUCE THIS ORIGINAL NOTICE TO ANY COURT HEARING DATE.