United States District Court
District of Massachusetts

Civil Action
No. 1:04-cv-11461 RWZ

Darlene M. Portanova
   v.
Dedham Housing Authority

## Amendment to Original Complaint

3) The Plaintiff additionally petitions the Court to vacate and or dismiss with prejudice, any Eviction proceedings that do not have any proven legal basis on which to proceed as regards her Housing; including the "order" served on the plaintiff - for which the case at hand is being brought before this Court.

Signed this day, July 20th, 2004

Darlene M Portanova
23 O'Brien Way
Dedham MA 02026
781-326-1342